1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
    v.                               )        2:12-CR-00361-MMD-(GWF)
                                     )
ROBERTO PEREZ,                       )
                                     )
            Defendant.               )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on March 11, 2013, defendant ROBERTO PEREZ pled guilty to Counts Ten and Eleven of an Eleven-Count Criminal Indictment charging him in Count Ten with Possession of a Controlled Substance with Intent to Distribute, and in Count Eleven with Illegal Alien in Possession of a Firearm, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Sections 922(g)(5)(A). Indictment, ECF No. 1.

This Court finds defendant ROBERTO PEREZ agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment. Indictment, ECF No. 1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant ROBERTO PEREZ pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

        a.       an Iver Johnson .25 caliber handgun bearing serial number EE06863;

b.     a Beretta .380 caliber handgun with an obliterated serial number;

c.     a Winchester 12 gauge shotgun;

d.     a Charter Arms .22 caliber rifle bearing serial number A083741; and

e.     any and all ammunition ("property");

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ROBERTO PEREZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2    need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3    following publication of notice of seizure and intent to administratively forfeit the above-described

4    property.

5    DATED this 11 day of March , 2013.

6

7

8

9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26