FILED

JUN 11 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,              )
                                          )
9              Plaintiff,                 )
                                          )
10         v.                             )    2:12-CR-361-APG-(PAL)
                                          )
11  ROBERTO PEREZ,                        )
                                          )
12             Defendant.                 )

13                        **FINAL ORDER OF FORFEITURE**

14         On March 12, 2013, the United States District Court for the District of Nevada entered a

15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United

16  States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the

17  plea of guilty by defendant ROBERTO PEREZ to the criminal offenses, forfeiting specific property

18  alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the

19  offense to which defendant ROBERTO PEREZ pled guilty. Criminal Indictment, ECF No. 1;

20  Change of Plea Minutes, ECF No. 18; Preliminary Order of Forfeiture, ECF No. 17.

21         This Court finds the United States of America published the notice of the forfeiture in

22  accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

23  consecutively from March 15, 2013, through April 13, 2013, notifying all third parties of their right

24  to petition the Court. Notice of Filing Proof of Publication, ECF No. 21.

25  . . .

26  . . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1.   an Iver Johnson .25 caliber handgun bearing serial number EE06863;

2.   a Beretta .380 caliber handgun with an obliterated serial number;

3.   a Winchester 12 gauge shotgun;

4.   a Charter Arms .22 caliber rifle bearing serial number A083741; and

5.   any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _12_ day of _June_, 2013.

_____
UNITED STATES DISTRICT JUDGE

2