1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

UNITED STATES OF AMERICA,

                         Plaintiff,

      v.

ROBERTO PEREZ,

                       Defendant.

Case No. 2:12-cr-00361-APG-GWF

**ORDER DENYING MOTION TO DETERMINE ELIGIBILTY FOR RELIEF**

ECF No. 27

10      Defendant Roberto Perez pleaded guilty to one count of possession of a controlled substance

11  with intent to distribute and one count of being an illegal alien in possession of a firearm. ECF No.

12  18.  He was sentenced to 70 months as to each count, to be served concurrently. ECF No. 26.  Perez

13  subsequently filed a motion to determine whether he is eligible for relief under *Johnson v. United*

14  *States*, 135 S.Ct. 551 (2015).  Perez is not entitled to such relief.

15      *Johnson* deemed unconstitutionally vague the Armed Career Criminal Act's residual clause

16  defining "violent felony."  Perez was not sentenced under that statute.  Nor was he sentenced under

17  a statute or sentencing guideline section that included a residual clause like that ruled

18  unconstitutional in *Johnson*.  He was not deemed a career offender as he had no prior criminal

19  history.  Thus, *Johnson* is not applicable to Perez's case and Perez is not entitled to have his

20  sentence vacated or modified.

21      Perez's motion is not styled as a motion under 28 U.S.C. § 2255 motion.  Nevertheless, I

22  deny Perez a certificate of appealability because reasonable jurists could not debate my resolution

23  of this motion and the issues are not adequate to deserve encouragement to proceed further.

24  *Hayward v. Marshall*, 603 F.3d 546, 553 (9th Cir. 2010) (en banc), *overruled on other grounds by*

25  *Swarthout v. Cooke*, 562 U.S. 216 (2011); s*ee also* R. 11 Governing § 2255 Cases in the U.S. Dist.

26  Cts. ("The district court must issue or deny a certificate of appealability when it enters a final order

27  adverse to the applicant.").

28

1    IT IS THEREFORE ORDERED that Perez's motion **(ECF No. 27)** **is DENIED** and no

2   certificate of appealability shall be issued.

3        Dated this 29th day of June, 2016.

4

5                                        ANDREW P. GORDON
                                         UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28